UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05717-SSS | Date | August 13, 2025 |
| Title | *In Re Alpha Beta Gamma Trust* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**

   Appellant Scott Eric Rosenstiel ("Rosenstiel" or "Appellant") filed a notice of appeal on June 23, 2025. [Dkt. 1, "Notice of Appeal"]. Pursuant to the Notice Regarding Appeal from Bankruptcy Court issued on June 29, 2025, [Dkt. 3], and Federal Rules of Bankruptcy 8009, Appellant was required to file the following with the Clerk of the Bankruptcy Court within fourteen days after filing the Notice of Appeal:

- A designation of record;
- A statement of issues on appeal; and
- A notice regarding the ordering of transcripts.

[*Id.*]. The Court Notice stated that the "failure of either party to comply with the time requirements as stated . . . may result in the dismissal of the appeal or the right to oppose the appeal." [*Id.*].

Because Appellant filed his Notice of Appeal on June 23, 2025, he was required to submit the documents on or before July 7, 2025. To date, Appellant has not filed a statement of issues or designation of record. [*See* Dkt. 6].

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Wolff v. California*, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A litigant must prosecute an action with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976).

Accordingly, the Court **ORDERS** Appellant **TO SHOW CAUSE** in writing on or before **September 5, 2025**, why Appellant failed to comply with Fed. R. Bankr. P. 8009 and timely file the Required Documents and why the delay was not unreasonable. A hearing is set on this matter on **September 12, 2025, at 1:00 p.m. via Zoom videoconference**. Failure to adequately or timely respond to this order may result in the dismissal of this appeal.

**IT IS SO ORDERED.**