JS-6

cc: USBK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:25-cv-05717-SSS | Date | February 18, 2026 |
|---|---|---|---|
| Title | *In Re Alpha Beta Gamma Trust* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING BANKRUPTCY APPEAL**

On December 5, 2025, the Court ordered Appellant to serve and file the opening brief by January 5, 2026.  Appellant failed to do so.  The Court ordered Appellant to show cause as to why he failed to timely file the opening brief.  [Dkt. No. 20].  The Court noted that failure to respond to the Order to Show Cause may result in dismissal of the appeal under Federal Rule of Civil Procedure 41(b).  [*Id.*]. As of the date of this Order, Appellant has not filed a response to the Court's Order to Show Cause.

As such, Appellant's appeal of the Bankruptcy Court's Order Denying Anti-SLAPP Motion is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**